IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEX CICCOTELLI, | ) |
|     Plaintiff, | ) ) ) ) Case No. 2:21-cv-02983-WB |
| v. | ) ) |
| VEREIT, INC., SUSAN SKERRITT, PRISCILLA ALMODOVAR, JULIE G. RICHARDSON, MARY HOGAN PREUSSE, EUGENE A. PINOVER, RICHARD LIEB, DAVID B. HENRY, HUGH R. FRATER, GLENN RUFRANO, VEREIT OPERATING PARTNERSHIP, L.P., REALTY INCOME CORPORATION, RAMS MD SUBSIDIARY I, INC., and RAMS ACQUISITION SUB II, LLC, | ) ) ) ) ) ) ) ) ) ) ) |
|     Defendants. | ) ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses this action ("Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: October 20, 2021

GRABAR LAW OFFICE

By: ___/s/ Joshua H. Grabar___
Joshua H. Grabar (#82525)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
(267) 507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff*